UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PLT ASSOCIATES, INC., d/b/a ERIC BERMAN)
ASSOCIATES,                                 )
                                            )
             Plaintiff                      )
v.                                          )
                                            )          CIVIL ACTION
RICHARDS A. ROBERTS, d/b/a ROBERTS          )   NO.  1:13-2013-CV-12278-LTS
NORTH & ASSOCIATES, ALAN DEBROWOLSKI,       )
HAMPTON TOY ASSOCIATES, CAROLYN             )
MCGOVERN, MICHAEL D'AGOSTINO,               )
PAMELA J. SMITH, NANCY ERICKSON, AND        )
EDIE MCCASLAND,                             )
                                            )
             Defendants.                    )
_____)

**JOINT MOTION TO APPEAR AT JULY 9, 2015 STATUS CONFERENCE VIA TELEPHONE**

Now come all Defendants with apperances of record and Plaintiff, by and through their attorneys and request that this Honorable Court allow counsel for the parties to appear at the Status Conference scheduled on July 9, 2015 at 2:15, P.M. As grounds therefore the parties state that it will be more convenient and substantially reduce the costs of litigation as counsel for the Defendants' office is in Springfield, Vermont. Further the Parties confirm that there will be no prejudice caused to any party should the Court allow this Motion.

        Respectfully Submitted:

July 8, 2014

        THE PLAINTIFF
        By its Attorneys,

        /s/ Richard W. Bland_____

1

Richard W. Bland
BBO #045260
18 Johnson Drive
Norton, Massachusetts 02766
(508) 622-0005
richardbland@comcast.net


The Defendants,
Richards A. Roberts, d/b/a/ Roberts North & Associates, properly
Richard A. Roberts, d/b/a Roberts North & Associates;
Alan Debrowolski, Hampton Toy Associates, properly
Alan Dobrowolski, d/b/a Hamption Toy Associates;
Carolyn McGovern; Michael D'Agostino; Pamela J. Smith;
Nancy Erickson; Edie McCasland
by Counsel,

s/ Ethan McNaughton
Ethan McNaughton
B.B.O. #667413
Lamb and McNaughton, P.C.
P.O. Box 860
Springfield, VT, 05156
Telephone:  (802) 885-2240
emcnaughton@gwlpc.com


CERTIFICATE OF SERVICE

I hereby certify that I, Ethan B. McNaughton, Esq. attorney for the appearing defendants, have, on this date forwarded via Electronic Mail copies of this Joint Motion to Appear Currently at July 9, 2015 Telephone Status Conference via Telephone to counsel for the Plaintiff, Richard W. Bland at  richardbland@comcast.net and to Plaintiff's co-counsel, Isaac Peres at isaacperes@comcast.net.

s/ Ethan McNaughton
Ethan McNaughton
B.B.O. #667413